UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSE QUEZADA,

                        Plaintiff,

  -against-

MUIR LONGBOARD SHOP, INC.,

                        Defendant.

------------------------------------- x

ORDER

21 Civ. 1243 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on May 19, 2021 is hereby cancelled. A status conference is set for June 23, 2021 at 9:45 a.m.

Dated: May 15, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE