# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

| | | |
|---|---|---|
| **DAVID STEIN**<br>dstein@samuelandstein.com | June 17, 2021 | ADMITTED IN<br>NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

> **SO ORDERED**
>
> The status conference is adjourned from June 23, 2021 to September 29, 2021 at 9:45 a.m.
>
> */s/ George B. Daniels*
> HON. GEORGE B. DANIELS

Re: **Jose Quezada, et al. v. Muir Longboard Shop, Inc.**
*Docket No. 21-cv-1243 (GBD)(BCM)*

Dear Judge Daniels:

We represent defendant Muir Longboard Shop, Inc., in the above-captioned matter, and we write jointly with plaintiff's counsel, Mars Khaimov, Esq., to request an adjournment *sine die* of the June 23, at 9:45 a.m., status conference. The parties do not now have any issues to raise with the Court. Therefore, pursuant to chambers' telephone call yesterday wherein we were informed that we could request an adjournment of the status conference, we make such application herein.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should there be any questions concerning the foregoing.

Respectfully submitted,

David Stein

cc: Mars Khaimov, Esq. (via ECF)