# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

September 14, 2021

**VIA ECF**

Hon. Judge George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The initial conference is adjourned from September 29, 2021 to November 17, 2021 at 9:30 a.m.

/George B. Daniels/
HON. GEORGE B. DANIELS

Re: Quezada v. Muir Longboard Shop, Inc.
Case No. 1:21-cv-01243-GBD

Dear Judge Daniels,

The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for September 29, 2021. Plaintiff's Counsel observes the Holiday of Succot and therefore will not be able to attend. Plaintiff is requesting on consent, an adjournment of the conference and suggests November 16, 2021, November 17, 2021, and November 18, 2021, as alternatives dates to hold the conference.

Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq.,