UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JOSE QUEZADA,

                Plaintiff,

     -against-

MUIR LONGBOARD SHOP, INC.,

                Defendant.

------------------------------------ x

ORDER

21 Civ. 1243 (GBD)

*NOV 2 9 2021*

GEORGE B. DANIELS, District Judge:

    The conference scheduled for November 17, 2021 is adjourned to February 9, 2022 at 9:30 a.m.

Dated: New York, New York
       November 29, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge