UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSE QUEZADA,

                Plaintiff,

     -against-

MUIR LONGBOARD SHOP, INC.,

                Defendant.

------------------------------------------------------------x

ORDER

21 Civ. 1243 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January __, 2021
       JAN 0 3 2022

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge